**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
MARK R. CURIEL (SBN 222749)
GALIT A. KNOTZ (SBN 252962)
gknopp@akingump.com
mcuriel@akingump.com
gknotz@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001

Attorneys for Defendant STARBUCKS CORPORATION dba STARBUCKS COFFEE COMPANY

**APPLETON, MAGNANIMO & DEAN LLP**
Heather Appleton, Esq. (SBN 162283)
Cherryl F. Cercado (SBN 249990)
happleton@amdlawyers.com
ccercado@amdlawyers.com
11400 W. Olympic Boulevard, Suite 650
Los Angeles, California 90064
Telephone:   (310) 474-7022
Facsimile:   (310) 474-7023

Attorneys for Plaintiff ELANE PARKER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELANE PARKER,<br><br>                Plaintiff,<br><br>        vs.<br><br>STARBUCKS CORPORATION dba STARBUCKS COFFEE COMPANY, a Washington corporation; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. CV10-2060 CAS (AJWx)<br><br>**ORDER REGARDING PROTECTION OF CONFIDENTIAL INFORMATION**<br><br>Date Action Filed:  January 14, 2010<br><br>Date Action Removed:   March 22, 2010 |

[PROPOSED] ORDER REGARDING PROTECTION OF CONFIDENTIAL INFORMATION

1  The Court, having considered the Stipulation for Protective Order re Confidential
2  Discovery Material ("Stipulation") submitted by Defendant Starbucks Corporation
3  ("Defendant") and plaintiff Elane Parker ("Plaintiff"), and finding good cause shown,
4  hereby orders as follows:
5  The terms set forth in the Stipulation shall be implemented.
6
7  IT IS SO ORDERED
8
9
10  Dated:   __10/14/2010         By:_____
11                                Hon. Andrew J. Wistrich
12                                United States Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
PROOF OF SERVICE